# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV262

| | |
|---|---|
| NGM INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER OF DISMISSAL** |
| | ) |
| JOHN LARRY THOMPSON, and | ) |
| ALBERT REID, JR., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the parties' joint stipulation of dismissal requesting the Court enter an order dismissing this action without prejudice.

For the reasons stated in the motion and it appearing that all matters in controversy have been settled among the parties,

**IT IS, THEREFORE, ORDERED** that this matter is hereby **DISMISSED WITHOUT PREJUDICE.**

Signed: April 10, 2008

Lacy H. Thornburg
United States District Judge